# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| PATRICIA TATE-JACKSON, | ) | Case No.: 09-51331-399 |
| | ) | Hearing Date: |
| Debtor(s) | ) | Hearing Time: |

### MOTION TO VACATE ORDER OF DISMISSAL

Comes Now Debtor, PATRICIA TATE-JACKSON, and moves this Court for an Order Vacating the Dismissal Order granted on 2/27/2014; and as grounds debtor states that debtor has cured her plan delinquency. Debtor will be harmed if her chapter 13 is not reinstated.

Wherefore, Debtor prays that the Dismissal Order 2/27/2014 be Vacated and for any further orders the Court deems proper under the circumstances.

Respectfully Submitted,

/s/Marie Guerrier Allen
Marie Guerrier Allen.  42990 MO
Attorney for Debtor
P. O. Box 411281
Creve Coeur, MO  63141
Phone: 314-872-1900, Fax: 314-872-1905
Email: allenmarie@sbcglobal.net

### Certificate of Service

The undersigned certifies that a copy of the above was mailed prepaid this 28th day of February, 2014 to the following: Debtor, the Chapter 13 Trustee and all creditors attached hereto.

```
John V. LaBarge, Jr.
P. O. Box 430908
St. Louis, MO   63143

ST CHARLES COUNTY COLLECTOR
201 N 2ND ST, RM 134
ST CHARLES MO 63301-2789
```

```
CHASE BANK USA NA
PO BOX 15145
WILMINGTON DE 19850-5145

PORTFOLIO RECOVERY ASSOC LLC
PO BOX 12914
NORFOLK VA 23541

EDUCATIONAL CREDIT MGMT CORP
PO BOX 75848
LOCK BOX 8682
ST PAUL MN 55175-0848

WELLS FARGO
PO BOX 14487
C/O PMT PROCESSING
DES MOINES IA 50306

AMERICAN INFOSOURCE LP
PO BOX 248872
C/O WORLD FINAN NETWK NTL BANK
OKLAHOMA CITY OK 73124-8872

Internal Revenue Service
Bankruptcy Section - 5028 STL
P.O. Box 66778
Saint Louis, MO 63166

Missouri Department of Revenue
P. O. Box 475
Jefferson City, MO 65105

Sallie Mae
P. O. Box 9500
```
Wilkes Barre, PA 18773-9500

                                                   /s/ Marie Guerrier Allen_____
                                                     Marie Guerrier Allen